## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| **KANOUTE ALADJI,** | : |
| Petitioner, | : |
| vs. | :   **CA 06-0736-CG-C** |
| **ALBERTO GONZALES, etc.,** | : |
| **et al.,** | |
| | : |
| Respondents. | |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that petitioner's federal habeas corpus petition, filed pursuant to 28 U.S.C. § 2241, be **DISMISSED** as **MOOT**.

**DONE and ORDERED** this 23rd day of May, 2007.

/s/ Callie V. S. Granade
**CHIEF UNITED STATES DISTRICT JUDGE**